# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 3:21-cr-00059-TMB-MMS-1 |
| vs. | ) |
| ANTONIO HOSEA WALLACE, | ) |
| Defendant. | ) |

**ORDER DISMISSING INDICTMENT**

Having considered the motion filed by the United States requesting dismissal of the Indictment, the Indictment is dismissed without prejudice with respect to the Defendant.

IT IS SO ORDERED.

DATED this 1st day of May 2023, at Anchorage, Alaska.

/s/ *Timothy M. Burgess*
TIMOTHY M. BURGESS
UNITED STATES DISTRICT JUDGE